IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Plaintiff,                         No. CIV S-06-0151 FCD KJM P

    vs.

C.O. COLE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $7.60 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be

1   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
2   account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

3         Plaintiff's complaint states a cognizable claim for relief under 42 U.S.C. § 1983
4   and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a
5   reasonable opportunity to prevail on the merits of an Eighth Amendment claim against defendant
6   Cole. Therefore, the court will order service of process on defendant Cole. With respect to the
7   other defendants identified in plaintiff's complaint, plaintiff's complaint fails to state a claim
8   upon which relief can be granted.

9         In accordance with the above, IT IS HEREBY ORDERED that:

10        1. Plaintiff's request for leave to proceed in forma pauperis is granted.

11        2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12  Plaintiff is assessed an initial partial filing fee of $7.60. All fees shall be collected and paid in
13  accordance with this court's order to the Director of the California Department of Corrections
14  and Rehabilitation filed concurrently herewith.

15        3. Service is appropriate for defendant Cole.

16        4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
17  an instruction sheet and a copy of the complaint filed January 19, 2006.

18        5. Within thirty days from the date of this order, plaintiff shall complete the
19  attached Notice of Submission of Documents and submit the following documents to the court:

20          a. The completed Notice of Submission of Documents;
21          b. One completed summons;
22          c. One completed USM-285 form; and
23          d. Two copies of the endorsed complaint filed January 19, 2006.

24  /////
25  /////
26  /////

1  6. Plaintiff need not attempt service on defendant Cole and need not request
2  waiver of service. Upon receipt of the above-described documents, the court will direct the
3  United States Marshal to serve defendant Cole under Federal Rule of Civil Procedure 4 without
4  payment of costs.
5  DATED: December 5, 2006.

*[signature]*
U.S. MAGISTRATE JUDGE

1
glen0151.14(2.9.06)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY LEE GLENN, | |
| Plaintiff, | No. CIV-S-06-0151 FCD KJM P |
| vs. | |
| C.O. COLE, et al., | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 form

    __2__    copies of the __1/19/06__
                                  Complaint

DATED:

_____
Plaintiff