IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Plaintiff,                             No. CIV S-06-0151 FCD KJM P

      vs.

C.O. COLE, et al.,

      Defendants.                <u>ORDER</u>

          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, a summons, a USM-285 form and two copies of his complaint, which are required to effect service on defendant Cole. On January 25, 2007, plaintiff submitted the summons and USM-285 form but failed to submit the two copies of the January 19, 2006 complaint. Accordingly, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to send plaintiff a copy of his January 19, 2006 complaint.

          2. Within thirty days, plaintiff shall submit to the court the two copies of the January 19, 2006 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

1

1           3. The court's January 19, 2007 recommendation that this action be dismissed is
2  vacated.
3  DATED: February 6, 2007.

_____
U.S. MAGISTRATE JUDGE

6  1/mp
   glen0151.8f

2