IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Plaintiff,                     No. CIV S-06-0151 FCD KJM P

   vs.

C. O. COLE, et al.,

      Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendant Cole waived service of process on May 25, 2007 and was informed that he must file an answer to plaintiff's complaint by June 24, 2007. To date, defendant Cole has not filed an answer.

        Good cause appearing IT IS HEREBY ORDERED that:

        1. Within thirty days of this order defendant Cole show cause why the court should not enter default against him under Rule 55(a) of the Federal Rules of Civil Procedure.

/////

/////

/////

/////

1           2.  The Clerk of the Court is directed to serve a copy of this order on C. O.
2    Jonathan S. Cole, High Desert State Prison, P. O. Box 3030, Susanville, CA, 96127.
3    DATED:  April 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1
glen0151.def