IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

        Plaintiff,                    No. CIV S-06-151 FCD KJM P

    vs.

JONATHAN S. COLE,

        Defendant.              <u>ORDER TO SHOW CAUSE</u>

_____/

        By an order filed April 16, 2007, this court directed the United States Marshal to serve all process without prepayment of costs (docket no. 19). On June 26, 2007, defendant Cole's waiver of service was returned executed (docket no. 20). On April 28, 2008, the court issued an order to the defendant that he show cause why default should not be entered against him for failure to file a responsive pleading (docket no. 23). The court has received no response from the defendant to date. However, the court is apprised that the show cause order of April 28, 2008, may not have been sent to the defendant at the correct address, even upon the re-service of the order shown on the docket. Therefore the court shall re-issue the order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Jonathan Cole show cause, within twenty days from the date of this order, why default should not be entered; and

2. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

DATED: April 7, 2009.

_____
U.S. MAGISTRATE JUDGE

4
glen0151.osc