IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Plaintiff,                       No. CIV S-06-0151 FCD KJM P

    vs.

JONATHAN COLE,

    Defendant.                     ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On February 10, 2010, the court set plaintiff's motion for default judgment for hearing on April 20, 2010. The court also instructed plaintiff to submit any documents relevant to his claim no later than April 1, 2010. See Order (docket no. 38). Plaintiff has now moved to extend the deadline for submitting documents to April 20, 2010, citing as grounds his recent transfer to a different prison facility. According to plaintiff, he "doesn't have his personal property or any of his legal materials, and is still waiting to receive it." Mot. at 2 (docket no. 40).

        The court appreciates plaintiff's efforts to keep it apprised of his status and current place of incarceration. However, the motion to extend the time in which to submit documents is slightly premature: plaintiff may yet receive all the materials he needs to meet the current deadline without an extension. Furthermore, the requested extension runs up to the day

1

1 of the hearing.  In setting the current schedule, the court deliberately set enough time between
2 the deadline for filing documents and the date of hearing in order to be able to receive and
3 review any submitted documents.  If plaintiff's transfer delays his receipt of materials necessary
4 to comply with the deadline, then an extension will likely necessitate continuing the hearing to a
5 later date, to allow plaintiff time to comply and the court to review anything he submits.  Again,
6 though, it is too early to determine if any change in the current schedule is necessary.

7      Therefore, the court will hold plaintiff's motion for an extension of time in
8 abeyance until April 1, 2010.  By that time plaintiff shall file a status report, informing the court
9 whether he is able to comply with the current deadline for submission of documents relevant to
10 his claim.  The court will consider whether to extend the deadline or continue the hearing, or
11 both, upon receiving that status report from plaintiff.

12      Accordingly, IT IS HEREBY ORDERED that the court will hold the motion for
13 an extension of time (docket no. 40) in abeyance.  Plaintiff will submit a status report to the court
14 by April 1, 2010, informing the court of the status of his legal materials and whether he is able to
15 comply with the current deadline for submission of documents relevant to his claim.

16 DATED: March 12, 2010.

_____
U.S. MAGISTRATE JUDGE

4
glen0151.ord