IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Plaintiff,                    No. CIV S-06-0151 FCD CKD P

   vs.

COLE, et al.

      Defendants.           ORDER

_____/

      On September 17, 2010, plaintiff's motion for default judgment against defendant Cole was granted, plaintiff was awarded $1 in nominal damages and awarded $2,000 in punitive damages. On February 22, 2011, plaintiff filed a document in which he indicates that he has not received payment from defendant Cole. Plaintiff asserts Cole is employed as a correctional officer at High Desert State Prison and requests that the court enter an order for High Desert State Prison to garnish Cole's wages.[1]

      Under Rule 69(a)(1) of the Federal Rules of Civil Procedure, execution of a money judgment is enforced by writ of execution and "[t]he procedure on execution–and in proceedings supplementary to and in aid of judgment or execution–must accord with [California

---

[1] Plaintiff has filed a several other documents complaining that he has not yet received payment from Cole.

1

1  law], but a federal statute governs to the extent it applies." California Code of Civil Procedure §
2  706.010 et seq. concerns procedures attendant to garnishment of wages.  California Code of Civil
3  Procedure § 699.010 et seq. concerns enforcement of money judgments by writ of execution.
4  The first step in the process for garnishment of wages is for plaintiff to obtain an issued "writ of
5  execution" from the Clerk of the Court.  Plaintiff may do so by completing a writ of execution
6  (Judicial Counsel of California Form EJ-130) and then sending it to the Clerk of the Court for
7  issuance.  The Clerk will issue the writ and return it to plaintiff if the writ is completed correctly.
8  At this stage, the court does not enter any order directing that Cole's wages be garnished.
9          For all the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's February
10 22, 2011 "ex parte motion for an order to sanction defendant . . .," construed as a motion
11 requesting an order directing High Desert State Prison to garnish the wages of defendant Cole, is
12 denied.

Dated: August 11, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
glen0151.edf