IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Plaintiff,                    No. CIV S-06-0151 FCD CKD P

  vs.

COLE, et al.,

      Defendants.              <u>ORDER</u>

_____/

      On November 21, 2011, plaintiff filed a motion for order directing prison officials to place him in a cell without a cellmate. Since this civil rights action was closed on September 17, 2010, plaintiff's motion is denied.

Dated: November 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
glen0151.58