1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

ZACHARY LEE GLENN,

11

          Plaintiff,                No. CIV S-06-0151 FCD CKD P

12

     vs.

13

COLE, et al.,

14

          Defendants.       <u>ORDER</u>

15

_____/

16            In this matter, plaintiff obtained a default judgment against defendant Cole and

17 was awarded $2,001 in damages.  Plaintiff indicates he has not received payment from defendant

18 Cole and therefore requests that the court sanction defendant Cole for noncompliance with court

19 rules.  Non-payment of a judgment is not an appropriate basis for sanctions.   The Clerk of the

20 Court has issued plaintiff a writ of execution.  Plaintiff must utilize the writ to obtain payment.

21 Of course, if plaintiff cannot locate defendant Cole, he will not be able to obtain payment.

22            Plaintiff has filed many frivolous motions and other correspondence related to his

23 obtaining payment from defendant Cole.  In the future, the court will not respond to such

24 material.

25 /////

26 /////

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's April 13, 2012 motion for sanctions is denied.

Dated: April 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
glen0151.san

2